BECKER, GLYNN, MELAMED & MUFFLY LLP
By: Chester B Salomon (CS-2319)
299 Park Avenue
New York, New York 10171
(212) 888-3033
Attorneys for Defendant Thielert AG

ORIGINAL

FILED
MAR 2 6 2009
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| SUPERIOR AIR PARTS, INC. |
| Debtor. |

Case No. 08-36705

Chapter 11

| SUPERIOR AIR PARTS, INC. |
| Plaintiff, |
| -against- |
| THIELERT AG |
| Defendant. |

Index No. 09-3052 (BJH)

# ANSWER OF THIELERT A.G. TO ADVERSARY PROCEEDING COMPLAINT TO AVOID LIENS AND SECURITY INTERESTS

BECKER, GLYNN, MELAMED & MUFFLY LLP
Attorneys for Defendant Thielert AG
299 PARK AVENUE
NEW YORK, NEW YORK 10171
(212) 888-3033

Defendant Thielert AG ("Thielert"), by its insolvency administrator, Dr. Achim Ahrendt and their attorneys Becker, Glynn, Melamed & Muffly LLP, respectfully submits Thielert's Answer to the Complaint as follows:

1. Admits the allegation set forth in paragraph 1 of the Complaint.

2. Admits each and every allegation set forth in paragraph 2 of the Complaint and states Chester B. Salomon is of counsel to Becker, Glynn, Melamed & Muffly LLP.

3. Denies having knowledge or information sufficient to form a belief as to the truth of the allegation as set forth in the first sentence of paragraph 3 of the complaint and admits the allegations set forth in the last two sentences of paragraph 3 of the Complaint.

4. Admits paragraph 4 of the Complaint.

I.

## BACKGROUND

5. Admits paragraph 5 of the Complaint.

6. Admits paragraph 6 of the Complaint.

7. Admits paragraph 7 of the Complaint.

8. Admits paragraph 8 of the Complaint.

9. Admits paragraph 9 of the Complaint.

10. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 10 of the Complaint.

11. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11 of the Complaint.

12. Denies the allegations in paragraph 12 of the Complaint as they call for legal conclusions.

13. Denies the allegations in paragraph 13 of the Complaint as they call for legal conclusions.

14. Denies the allegations in paragraph 14 of the Complaint as they call for legal conclusions.

15. Denies the allegations in paragraph 15 of the Complaint as they call for legal conclusions.

16. Denies the allegations in paragraph 16 of the Complaint as they call for legal conclusions.

## AFFIRMATIVE DEFENSE

17. The Complaint fails to state a claim upon which relief may be granted.

WHEREFORE, Thielert demands judgment dismissing the complaint with prejudice, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
March 17, 2009

                        BECKER, GLYNN, MELAMED &
                        MUFFLY LLP
                        Attorneys for Defendant Thielert AG

By: _____
                        Chester B. Salomon
                        299 Park Avenue
                        New York, New York  10171
                        (212) 888-3033
                        (212) 888-0255
                        csalomon@beckerglynn.com

BECKER, GLYNN, MELAMED & MUFFLY LLP
By: Chester B Salomon (CS-2319)
299 Park Avenue
New York, New York 10171
(212) 888-3033
Attorneys for Defendant Thielert AG

UNITED STATES BANKRUPCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| SUPERIOR AIR PARTS, INC.<br>Debtor. | Case No. 08-36705<br><br>Chapter 11 |
| SUPERIOR AIR PARTS, INC.<br>Plaintiff,<br><br>-against-<br><br>THIELERT AG<br>Defendant. | Index No. 09-3052 (BJH) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Answer of Thielert A.G. to Adversary Proceeding Complaint to Avoid Liens and Security Interests, was served on the parties on the attached Service List via U.S. Mail and electronic mail, on March 18, 2009.

Dated: New York, New York
March 18, 2009

                                  BECKER, GLYNN, MELAMED & MUFFLY LLP
                                  Attorneys for Defendant Thielert AG

                              By:   /s/ Chester B. Salomon
                                    Chester B. Salomon (CS-2319)
                              299 Park Avenue
                              New York, New York 10171
                              (212) 888-3033

## Service List

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701