STEPHEN A. ROBERTS
STATE BAR NO. 01701920
ROBERT P. FRANKE
STATE BAR NO. 07371200
DUANE J. BRESCIA
STATE BAR NO. 24025265
**STRASBURGER & PRICE, LLP**
600 CONGRESS AVE., SUITE 1600
AUSTIN, TEXAS 78701-2974
(512) 499-3600
(512) 499-3660 Fax

ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| **IN RE:** | § § § | **Case No. 08-36705-bjh11** |
| **SUPERIOR AIR PARTS, INC.,** | § § | **Chapter 11** |
| **Debtor.** | § § § | |
| **SUPERIOR AIR PARTS, INC.** | § § | |
| *Plaintiff,* | § | **Adversary No. 09-03052-bjh** |
| **V.** | § § | |
| **THIELERT AG** | § § | |
| *Defendant.* | | |

### PLAINTIFF'S APPENDIX OF SUMMARY JUDGMENT EVIDENCE

Superior Air Parts, Inc. submits the following Appendix of Summary Judgment in

support of its Motion for Summary Judgment avoiding the liens and security interests of

Thielert AG.

| | |
|---|---|
| **Appendix A** | Proof of Claim, No. 46, filed by Thielert AG |
| **Appendix B** | Debtor's Complaint to Avoid Liens and Security Interests of Thielert AG |
| **Appendix C** | Original Answer of Thielert AG |

Respectfully submitted,

 /s/ Stephen A. Roberts
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600 / Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for Debtor Superior
Air Parts, Inc.**


## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing pleading were forwarded to the parties listed below via facsimile and U.S. mail on the 2nd day of April 2009.

Chester B. Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue - 16th Floor
New York, NY 10171
Attorney for Thielert AG
(Fax: 212-888-0255)


 /s/ Stephen A. Roberts
Stephen A. Roberts
Robert R. Franke
Duane Brescia
**Attorneys for Debtor**

*Plaintiff's Motion for Summary Judgment
and Supporting Memorandum*                                              **Page 2 of 2**
581711.1/SPA/20354/0102/040209

FORM B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Northern District of Texas, Dallas Division | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>**Superior Air Parts, Inc.** | Case Number:<br>08-36705-BJH-11 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property) :<br>**Thielert AG** | ☐  Check box to indicate that this claim amends a previously filed claim. |
| Name and Address where notices should be sent:<br>**Dr. Achim Ahrendt, Insolvency Administrator**<br>**Thielert AG**<br>**Albert-Einstein-Ring 11**<br>**D-22761, Hamburg Germany**<br><br>Telephone Number: | **Court Claim Number:** _____<br> *(if known)*<br><br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone Number: | ☐  Check box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars.<br><br>☐  Check box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**  $ 10,146,611.11 _____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority , complete item 5.<br><br>☐  Check this box if claim includes interest or other charges in addition to the principal amount of claim.  Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority claim. |
| **2. Basis for Claim:** _____ Loans _____<br>(See instruction #2 on reverse side.) | ☐  Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____ 3041 _____<br><br>    **3a. Debtor may have scheduled account as:** _____<br>    (See instruction #3a in reverse side.) | ☐  Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4). |
| **4. Secured Claim** (See instruction #4 on reverse side.) See attached statement.<br><br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:**  ☐ Real Estate  ☐ Motor Vehicle  ☒ Other<br>**Describe: Loans**<br><br>**Value of Property: $ 11,500,000.00** _____   **Annual Interest Rate** _____ %<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**If any: $** _____   **Basis for perfection:** _____<br><br>**Amount of Secured Claim: $ 10,146,611.11   Amount Unsecured: $** _____ | ☐  Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).<br><br>☐  Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U.S.C. § 507(a)(7).<br><br>☐  Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary.  Attach redacted copies of documents providing evidence of perfection of a security interest.  You may also attach a summary.  (See instruction #7 and definition of "redacted on reverse side.<br><br>DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | ☐  Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).<br><br>**Amount entitled to priority:**<br><br>$_____<br><br>* *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date:<br><br>February 11, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>**THIELERT AG**    Dr. Achim Ahrendt<br>           Insolvenzverwalter<br>**By: Dr. Achim Ahrendt, Insolvency Administrator** | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§152 and 3571.

APPENDIX A

**SUPERIOR AIR PARTS, INC., Debtor**
**Case No. 08-36705-BJH-11**

**STATEMENT ATTACHED TO**
**PROOF OF CLAIM OF THIELERT AG**

On April 30, 2008 Thielert AG ("TAG") commenced insolvency proceedings in Hamburg, Germany. Dr. Achim Ahrendt was duly appointed as TAG's insolvency administrator, qualified and is presently acting in that capacity.

TAG's claim has three components:

a) Assignment to TAG dated February 14, 2006, of secured claim of PNC Bank, National Association under a Revolving Credit and Security Agreement, dated May 31, 2002, with related documents, with outstanding principal balance of $8,000,000.00;

b) Assignment of Note Purchase Agreement between Debtor and claimant's predecessor, RSTW Partners III, L.P., dated March 31, 1998, regarding senior subordinated note and related note documents, with an outstanding balance of $1,999,999.99; and

c) Interest in the amount of $146,612.12.

The total claim is $10,146,611.11.

B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Superior Air Parts, Inc. | DEFENDANTS<br>Thielert AG |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Stephen A. Roberts, Robert P. Franke, and Duane J. Brescia<br>Strasburger & Price, LLP, 600 Congress Ave., Ste. 1600<br>Austin, TX 78701 (Tel 512.499.3600) | **ATTORNEYS** (If Known)<br>Chester Salomon<br>Stevens & Lee, 485 Madison Ave., 20th Fl.<br>New York, New York 10022 (Tel. 212.537.0404) |
| **PARTY** (Check One Box Only)<br>☑ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Avoidance of Lien
11 USC §544

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☑ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation,
     actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
     (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court
     if unrelated to bankruptcy case)

| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

APPENDIX B

**B104 (FORM 104) (08/07), Page 2**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Superior Air Parts, Inc. | | BANKRUPTCY CASE NO.<br>08-36705 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Texas | | DIVISION OFFICE<br>Dallas Division | NAME OF JUDGE<br>Honorable Barbara J. Houser |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | | |
| DATE<br>2/17/2009 | | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Stephen A. Roberts | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

STEPHEN A. ROBERTS
STATE BAR NO. 01701920
ROBERT P. FRANKE
STATE BAR NO. 07371200
DUANE J. BRESCIA
STATE BAR NO. 24025265
**STRASBURGER & PRICE, LLP**
600 CONGRESS AVE., SUITE 1600
AUSTIN, TEXAS 78701-2974
(512) 499-3600
(512) 499-3660 Fax

ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § <br> § <br> § | **Case No. 08-36705** |
| **SUPERIOR AIR PARTS, INC.,** | § <br> § | **Chapter 11** |
| **Debtor.** | § <br> § <br> § | |
| **SUPERIOR AIR PARTS, INC.** | § <br> § <br> § | **ADVERSARY NO.** _____ |
| **V.** | § <br> § | |
| **THIELERT AG** | § | |

## DEBTOR'S COMPLAINT TO AVOID LIENS
## AND SECURITY INTERESTS OF THIELERT AG

TO:   THE HONORABLE BARBARA J. HOUSER,
      UNITED STATES BANKRUPTCY JUDGE:

Superior Air Parts, Inc. ("Debtor" or "Superior") files this Complaint to Avoid Liens

and Security Interests of Thielert AG and would respectfully show the Court as follows:

## I.
## PARTIES

1.      Plaintiff Superior Air Parts, Inc. is the Debtor-in-Possession in this case.

2.      Defendant Thielert AG is the owner of all of the outstanding shares of

Superior and is a secured creditor of Superior. Thielert AG has filed a proof of claim in

this case and may be served with process by service upon its counsel, Chester B.

Salomon, Stevens & Lee, 485 Madison Avenue, 20th Floor, New York, NY 10022.

## II.
## JURISDICTION

3.      This is an action to avoid an unperfected lien on property of the estate

pursuant to 11 U.S.C. § 544.  The Bankruptcy Court has jurisdiction over this matter

pursuant to 28 U.S.C. §§ 1334 and 157.  This is a core proceeding pursuant to 28

U.S.C. § 157(b).

4.      Venue is proper pursuant to 28 U.S.C. § 1408.

## III.
## BACKGROUND

5.      Superior is a Texas corporation with its offices and operating facilities

located in Coppell, Dallas County, Texas.  On December 31, 2008, Superior filed for

protection under Chapter 11 of the United States Bankruptcy Code.  Superior sells

Superior-brand parts for engines manufactured by Teledyne Continental Motors, Inc.

and the Lycoming Engines division of Avco Corporation, a subsidiary of Textron, Inc.

Superior is also an OEM for the 180-horsepower Vantage Engine and owner-built XM-

360 engines for various aircraft companies.  Superior is a distributor of over 2,000

general parts purchased from other manufacturers, which complement its own product

line.

6.      On or about February 14, 2006, Thielert AG acquired all of the outstanding

shares of Superior and entered into an Assignment Agreement effective that date with

PNC Bank, National Association ("PNC Bank"), RSTW Partners III L.P., Rice Mezzanine

Lenders, L.P. and SP Holdings pursuant to which PNC Bank assigned to Thielert AG its

right, title and interest in its Revolving Credit and Security Agreement with Superior,

dated as of May 31, 2002, and the amendments and agreement relating thereto. At the time of the assignment, Superior's indebtedness to PNC Bank was secured by substantially all the assets of Superior, which consist solely of personal property. Upon information and belief, RSTW Partners III, L.P. contemporaneously assigned its subordinated notes to Thielert AG.

7.    Thielert filed a proof of claim in this case, asserting a secured claim in the amount of $10,146,611.11.

8.    Thielert did not attach any security agreement or evidence of perfection to its proof of claim.

9.    There is no active Uniform Commercial Code Financing Statement on file with the Texas Secretary of State, perfecting the lien of Thielert AG.

10.    Thielert AG's liens and security interests on Superior's assets are unperfected.

## IV.
## CAUSE OF ACTION – AVOIDANCE OF LIENS AND SECURITY INTERESTS

11.    The liens and security interests of Thielert AG on the property of Superior are avoidable pursuant to 11 U.S.C. § 544.

12.    A debtor operating as a Debtor-in-possession has the right to seek to avoid pre-petition liens pursuant to 11 U.S.C. §544. *Gandy v. Gandy*, 299 F.3d 489, 497 (5th Cir. 2002). The "strong arm powers" statue, Section 544, provides, in relevant part:

   (a)    The Trustee shall have, as of the commencement of the case, and without regard to any knowledge of the Trustee or of any creditor, the rights and powers of, or may avoid any transfer of property of the Debtor or any obligation incurred by the Debtor that is voidable by

(i)      a creditor that extends credit to the Debtor at the time of the commencement of the case, and that obtains, at such time and with respect to such credit, a judicial lien on all property on which a creditor on a simple contract could have obtained such a judicial lien, whether or not a creditor exists; or

(ii)     a creditor that extends credit to the Debtor at the time of the commencement of the case, and obtains, at such time and with respect to such credit, an execution against the Debtor that is returned unsatisfied at such time, whether or not such a creditor exists; ....

11 U.S.C § 544.

13.     The extent of the Trustee's rights as a judicial lien creditor, or a creditor with execution unsatisfied, is measured by the substantive law of the jurisdiction governing the property in question. *See, e.g., In re Bridge*, 18 F.3d 195 (3rd Cir. 1994); *In re Kitchin Equip. Co. of Va., Inc.*, 960 F.2d 1242 (4th Cir. 1992); *In re Kors, Inc.*, 819 F.2d 19 (2nd Cir. 1987).

14.     Under Section 544(a)(i), the analysis is whether the holder of the security interest in the Debtor's property has taken the steps necessary under applicable law to put other potential creditors on notice of its interest by proper perfection. COLLIER ON BANKRUPTCY, Section 544.02 (Matthew Bender 2008). Section 9-317 (a)(ii) of the Uniform Commercial Codes provides that such a security interest is subordinate to the right of a "lien creditor." *Id.* (In Texas, this provision is found in Section 9.317 of the TEXAS BUSINESS AND COMMERCE CODE.) The bankruptcy trustee may also use the "strong arm clause" to avoid unperfected security interests in personal property subject to Article 9 of the UCC, *Sommers vs. IBM*, 640 F.2d 686 (5th Cir. 1981), as well as to avoid unperfected liens and security interests in real property or personal property to the extent that a judgment lien creditor may do so under applicable non-bankruptcy law.

See *In re Wheaton Oaks Office Partners Limited Partnership*, 27 F.3d 1234 (7th Cir. 1994).

15.    Subsection (a)(ii) provides that the Trustee has the right of a creditor with a lien returned unsatisfied. The effect of the statute is to give the Trustee the equitable rights of a creditor who has exhausted its legal remedies. This opens the way for appropriate equitable relief. Collier on Bankruptcy Section 544.86

16.    Thielert AG was required to file proof of its security interest, including evidence of perfection, if any, along with its Proof of Claim. BANKRUPTCY RULE 3001. Thielert AG has failed to attach to its proof of claim any evidence of a security agreement or perfection. Thus, Thielert AG's lien is subject to avoidance pursuant to 11 U.S.C. § 544.

WHEREFORE, Superior requests that the Court enter judgment avoiding the liens and security interests of Thielert AG on the assets of Superior. Superior requests such other relief as is just.

Respectfully submitted,

*/s/ Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600 / Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for Debtor Superior Air Parts, Inc.**

BECKER, GLYNN, MELAMED & MUFFLY LLP
By: Chester B Salomon (CS-2319)
299 Park Avenue
New York, New York 10171
(212) 888-3033
Attorneys for Defendant Thielert AG

ORIGINAL

FILED
MAR 2 6 2009
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

SUPERIOR AIR PARTS, INC.

Debtor.

Case No. 08-36705

Chapter 11

SUPERIOR AIR PARTS, INC.

Plaintiff,

-against-

THIELERT AG

Defendant.

Index No. 09-3052 (BJH)

# ANSWER OF THIELERT A.G. TO ADVERSARY PROCEEDING COMPLAINT TO AVOID LIENS AND SECURITY INTERESTS

BECKER, GLYNN, MELAMED & MUFFLY LLP
Attorneys for Defendant Thielert AG
299 PARK AVENUE
NEW YORK, NEW YORK 10171
(212) 888-3033

APPENDIX C

Defendant Thielert AG ("Thielert"), by its insolvency administrator, Dr.

Achim Ahrendt and their attorneys Becker, Glynn, Melamed & Muffly LLP, respectfully

submits Thielert's Answer to the Complaint as follows:

1.    Admits the allegation set forth in paragraph 1 of the Complaint.

2.    Admits each and every allegation set forth in paragraph 2 of the

Complaint and states Chester B. Salomon is of counsel to Becker, Glynn, Melamed &

Muffly LLP.

3.    Denies having knowledge or information sufficient to form a belief

as to the truth of the allegation as set forth in the first sentence of paragraph 3 of the

complaint and admits the allegations set forth in the last two sentences of paragraph 3 of

the Complaint.

4.    Admits paragraph 4 of the Complaint.

I.

BACKGROUND

5.    Admits paragraph 5 of the Complaint.

6.    Admits paragraph 6 of the Complaint.

7.    Admits paragraph 7 of the Complaint.

8.    Admits paragraph 8 of the Complaint.

9.    Admits paragraph 9 of the Complaint.

10.    Denies having knowledge or information sufficient to form a belief

as to the truth of the allegations set forth in paragraph 10 of the Complaint.

11.    Denies having knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11 of the Complaint.

12.    Denies the allegations in paragraph 12 of the Complaint as they call for legal conclusions.

13.    Denies the allegations in paragraph 13 of the Complaint as they call for legal conclusions.

14.    Denies the allegations in paragraph 14 of the Complaint as they call for legal conclusions.

15.    Denies the allegations in paragraph 15 of the Complaint as they call for legal conclusions.

16.    Denies the allegations in paragraph 16 of the Complaint as they call for legal conclusions.

<u>AFFIRMATIVE DEFENSE</u>

17.    The Complaint fails to state a claim upon which relief may be granted.

WHEREFORE, Thielert demands judgment dismissing the complaint with

prejudice, and granting such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        March 17, 2009

                              BECKER, GLYNN, MELAMED &
                              MUFFLY LLP
                              Attorneys for Defendant Thielert AG

                          By:  _____
                              Chester B. Salomon
                              299 Park Avenue
                              New York, New York  10171
                              (212) 888-3033
                              (212) 888-0255
                              csalomon@beckerglynn.com

BECKER, GLYNN, MELAMED & MUFFLY LLP
By: Chester B Salomon (CS-2319)
299 Park Avenue
New York, New York 10171
(212) 888-3033
Attorneys for Defendant Thielert AG

UNITED STATES BANKRUPCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| SUPERIOR AIR PARTS, INC.<br><br>      Debtor. | Case No. 08-36705<br><br>Chapter 11 |
| SUPERIOR AIR PARTS, INC.<br><br>      Plaintiff,<br><br>      -against-<br><br>THIELERT AG<br><br>      Defendant. | Index No. 09-3052 (BJH) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Answer of Thielert A.G. to Adversary Proceeding Complaint to Avoid Liens and Security Interests, was served on the parties on the attached Service List via U.S. Mail and electronic mail, on March 18, 2009.

Dated: New York, New York
      March 18, 2009

                          BECKER, GLYNN, MELAMED & MUFFLY LLP
                          Attorneys for Defendant Thielert AG


                          By:    /s/ Chester B. Salomon
                                Chester B. Salomon (CS-2319)
                          299 Park Avenue
                          New York, New York 10171
                          (212) 888-3033

## Service List

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701