Stephen Roberts
Texas Bar No. 17019200
Robert P. Franke
Texas Bar No. 07371200
Duane J. Brescia
Texas Bar No. 240252650
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
(512) 499-3600 / (512) 499-3660 Fax

**ATTORNEYS FOR DEBTOR SUPERIOR AIR PARTS, INC.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Case No. 08-36705-bjh11 |
| SUPERIOR AIR PARTS, INC., | § § | Chapter 11 |
| Debtor. | § § § | |
| SUPERIOR AIR PARTS, INC. | § § § | |
| *Plaintiff,* | § | Adversary No. 09-03052-bjh |
| V. | § § | |
| THIELERT AG | § | |
| *Defendant.* | | |

## NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE THAT, a hearing will take place **Wednesday, April 29, 2009 at 9:00 a.m.** in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Dallas, TX 75242-1496, before the Honorable Barbara J. Houser to consider Superior Air Parts, Inc.'s Motion for Summary Judgment.

Respectfully submitted,

/s/ *Stephen A. Roberts*
Stephen A. Roberts (SBN 17019200)
Robert P. Franke (SBN 07371200)
Duane J. Brescia (SBN 24025265)
**STRASBURGER & PRICE, LLP**
600 Congress, Suite 1600
Austin, Texas 78701
Tel. (512) 499-3600  /  Fax (512) 499-3643
stephen.roberts@strasburger.com
bob.franke@strasburger.com
duane.brescia@strasburger.com

**Bankruptcy Attorneys for the Debtor**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing pleading was forwarded to the parties listed below via fax and first class U.S. Mail, postage prepaid, on the 2nd day of April, 2009.

/s/ *Stephen A. Roberts*
Stephen A. Roberts

Chester B. Salomon
Becker, Glynn, Melamed & Muffly LLP
299 Park Avenue - 16th Floor
New York, NY 10171
Attorney for Thielert AG
(Fax: 212-888-0255)