BTXN 104a (rev. 10/99)

Receipt No.: _____

Initials: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: Superior Air Parts, Inc.

v.    § Case No.: 09-3052

Thielert AG

Debtor(s)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Salomon__    __Chester__    __B.__
         Last          First         MI

2. Firm Name: __Becker, Glynn, Melamed & Muffly LLP__

3. Address: __299 Park Avenue__
            __New York, NY 10171__

4. Phone: __212-888-3033__    FAX: __212-888-0255__

5. Name used to sign *all* pleadings: __Chester B. Salomon__

6. Retained by: __Thielert AG and Dr. Achim Ahrendt, Insolvency Administrator__

7. Admitted on __June 1968__ and presently a member in good standing of the bar of the highest court of the state of __New York__ and issued the bar license number of __1439116__.

8. Admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| USDC, Southern District of New York | 1973 |
| USDC, Eastern District of New York | 1973 |
| U.S. Supreme Court | 1976 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |

13. Local counsel of record: __Bickel & Brewer__

14. Local counsel's address: __Bickel & Brewer__
    __1717 Main Street, Suite 4800, Dallas, Texas 75201__

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankrutpcy Court accompanied with the $25.00 filing fee on _____.

Chester B. Salomon                                    04-22-2009
_____                          _____
Printed Name of Applicant                              Date

*[signature]*
_____
Signature of Applicant