BECKER, GLYNN, MELAMED & MUFFLY LLP
By: Chester B Salomon (CS-2319)
299 Park Avenue
New York, New York 10171
(212) 888-3033
Attorneys for Defendant Thielert AG

UNITED STATES BANKRUPCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| SUPERIOR AIR PARTS, INC.<br><br>          Debtor. | Case No. 08-36705<br><br>Chapter 11 |
| SUPERIOR AIR PARTS, INC.<br><br>          Plaintiff,<br><br>-against-<br><br>THIELERT AG<br><br>          Defendant. | Index No. 09-3052 (BJH) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Declaration of Chester B. Salomon in Response to Motion for Summary Judgment, was served on the parties on the attached Service List via Federal Express overnight mail and electronic mail, on April 22, 2009.

Dated: New York, New York
       April 22, 2009

                        BECKER, GLYNN, MELAMED & MUFFLY LLP
                            Attorneys for Defendant Thielert AG

                        By:   /s/ Chester B. Salomon
                              Chester B. Salomon (CS-2319)
                        299 Park Avenue
                        New York, New York 10171
                        (212) 888-3033

## Service List

Stephen A. Roberts
Strasburger & Price, LLP
600 Congress Ave., Ste. 1600
Austin, TX 78701