


**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed May 12, 2009**                                                       **United States Bankruptcy Judge**

---

BTXN 104b/105b (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                        §
Superior Air Parts, Inc.                      §
                                              §    Case No.:   08−36705−bjh11
                        Debtor(s)             §    Chapter No.:  11
                                              §
Superior Air Parts, Inc.                      §
                        Plaintiff(s)          §    Adversary No.:   09−03052−bjh
    vs.                                       §
Thielert AG                                   §
                                              §
                        Defendant(s)          §

# ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Chester B. Salomon**, related to document 9, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #