


**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**
**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed May 12, 2009**                                                                                      **United States Bankruptcy Judge**

_____

BTXN 104b/105b (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Superior Air Parts, Inc. § 
 § Case No.:   08−36705−bjh11
        Debtor(s) § Chapter No.:   11
 § 
Superior Air Parts, Inc. § 
        Plaintiff(s) § Adversary No.:   09−03052−bjh
    vs. § 
Thielert AG § 
        Defendant(s) § 

# ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Chester B. Salomon**, related to document 9, **ORDERS** this application be:

☑ *Granted* − The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* − The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

# CERTIFICATE OF NOTICE

```
District/off: 0539-3           User: suwhitake            Page 1 of 1                  Date Rcvd: May 12, 2009
Case: 09-03052                 Form ID: pdf001            Total Served: 1

The following entities were served by first class mail on May 14, 2009.
ust          +UST U.S. Trustee,   1100 Commerce Street,   Room 976,   Dallas, TX 75242-1011

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 14, 2009**                    **Signature:** _Joseph Speetjens_