IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 08-36705-BJH-11 |
| SUPERIOR AIR PARTS, INC., | § § | Jointly Administered |
| DEBTOR-IN POSSESSION. | § § § | Chapter 11 |
| SUPERIOR AIR PARTS, INC. | § § | |
| Plaintiff | § | Adversary No. 09-03052 |
| v. | § § § | |
| THIELERT AG | § § | |
| Defendant. | § | |

### STIPULATION RESERVING PARTIES' RIGHTS

Comes now Thielert AG ("TAG"), Superior Air Parts, Inc, the debtor-in-possession (the "Debtor") and the Official Committee of Unsecured Creditors ("UCC") and file the following stipulation and agreement;

**WHEREAS**, the Debtor filed its chapter 11 case on December 31, 2008, and remains a debtor-in-possession;

**WHEREAS**, TAG filed its proof of claim in the amount of $10,146,611.11 on or about February 11, 2009, claiming a security interest in substantially all assets of the Debtor;

**WHEREAS**, the Debtor filed Adversary Proceeding No. 09-03052, on or about February 17, 2009 seeking to avoid TAG's lien and asserting the lien was not properly perfected ("the Adversary Proceeding");

WHEREAS, the Official Committee of Unsecured Creditors ("UCC") has asserted that the estate and creditors hold various additional claims against TAG, including claims for equitable subordination, recharacterization of debt and avoidable transfers;

WHEREAS, the Debtor has filed a motion for summary judgment in the Adversary Proceeding;

WHEREAS, TAG has opposed the Debtor's Motion for Summary Judgment and has advised the UCC that its claims of equitable subordination, recharacterization and avoidance are unmeritorious, it is therefore.

STIPULATED AND AGREED that TAG shall not assert in any proceeding arising in this case that the Court's decision on the Motion for Summary Judgment operates, on grounds of *res judicata* or collateral estoppel, to preclude the Debtor, the UCC, other estate representative or a trustee under a creditors' trust, from asserting claims against TAG for equitable subordination, recharactization of debt, or avoidance of transfers, and TAG's defenses to such claims are fully reserved.

Dated: June 18, 2009

By: /s/ David W. Parham

David W. Parham
State Bar No. 15459500
Elliot D. Schuler
State Bar No. 24033046
BAKER & McKENZIE, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099

**ATTORNEYS FOR THE COMMITTEE**

STIPULATION RESERVING PARTIES' RIGHTS                                                                      2
DALDMS/663073.2

Chester Salomon    970 920 2252    p.3

By: *[signature]*
Stephen A. Roberts
Duane J. Brescia
STRASBURGER & PRICE, LLP
600 Congress Avenue, Suite 1600
Austin, Texas 78701
Telephone: (512) 499-3600
Facsimile: (512) 499-3660

**ATTORNEYS FOR DEBTOR**

By: *[signature]*
Chester B. Salomon
BECKER, GLYNN, MELAMED & MUFFLY LLP
299 Park Avenue
New York, N.Y. 10171
Telephone: (212) 888-3033
Facsimile: (212) 888-0255

**ATTORNEYS FOR TAG**

p.4    970 920 2522    Chester Salomon