


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed August 3, 2009                                    **United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 08-36705-bjh |
| SUPERIOR AIR PARTS, INC., | § § § | Chapter 11 |
| Debtor. | § § | |
| SUPERIOR AIR PARTS, INC. | § § | |
| *Plaintiff,* | § | Adversary No. 09-03052-bjh |
| V. | § § | |
| THIELERT AG | § § | |
| *Defendant.* | | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On June 22, 2009, the Plaintiff's Motion for Summary Judgment [docket #6] came on for hearing. The Court, having considered the summary judgment evidence, is of the opinion that the Motion should be granted. It is, therefore

ORDERED that Plaintiff Superior Air Parts, Inc.'s Motion for Summary Judgment is hereby GRANTED. It is further,

ORDERED the lien and security interest of Thielert AG are hereby avoided.

# # # End of Order # # #