


**U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

Signed August 3, 2009                                             United States Bankruptcy Judge

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: | Case No. 08-36705-bjh |
| SUPERIOR AIR PARTS, INC., | Chapter 11 |
| Debtor. | |
| SUPERIOR AIR PARTS, INC. <br>     Plaintiff, <br> V. <br> THIELERT AG <br>     Defendant. | Adversary No. 09-03052-bjh |

### ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On June 22, 2009, the Plaintiff's Motion for Summary Judgment [docket #6] came on for hearing. The Court, having considered the summary judgment evidence, is of the opinion that the Motion should be granted. It is, therefore

ORDERED that Plaintiff Superior Air Parts, Inc.'s Motion for Summary Judgment is hereby GRANTED. It is further,

ORDERED the lien and security interest of Thielert AG are hereby avoided.

### End of Order ###

# CERTIFICATE OF NOTICE

```
District/off: 0539-3           User: dbrown              Page 1 of 1            Date Rcvd: Aug 04, 2009
Case: 09-03052                 Form ID: pdf001           Total Noticed: 1

The following entities were noticed by first class mail on Aug 06, 2009.
ust            +UST U.S. Trustee,   1100 Commerce Street,   Room 976,   Dallas, TX 75242-1011

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 06, 2009**                                   **Signature:**    *Joseph Speetjens*